## CRAWFORD v. STATE.
### No. 14662.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is forgery; penalty assessed at confinement in the penitentiary for a period of five years.

It has been made known to this court by the affidavit of the sheriff of Jasper county that the appellant escaped from custody on the 16th of May, 1931, and did not voluntarily return within ten days. By reason of such escape this court is deprived of jurisdiction of the appeal. See article 824, C. C. P.

The appeal is ordered dismissed.

## CRAWFORD v. STATE.
### No. 14663.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, five years in the penitentiary.

We find filed with this record an affidavit made by the sheriff of Jasper county, Tex., the county in which the conviction was had, stating that pending this appeal the appellant escaped from custody and has not voluntarily returned. Under the law this necessitates a dismissal of the appeal, and it is accordingly so ordered.

## SMITH v. STATE.
### No. 14753.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.